ROBERT S. LARSEN (SBN: 7785)
PHIL W. SU (SBN: 10450)
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
rlarsen@gordonrees.com
psu@gordonrees.com

Attorneys for Defendants
NV ENERGY, INC. *(Erroneously sued as "NV ENERGY")*; and
AETNA LIFE INSURANCE COMPANY

JULIE A. MERSCH (SBN: 4695)
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 387-5868
Facsimile: (702) 387-0109
jam@merschlaw.com

Attorney for Plaintiff
WILLIAM SLADE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM SLADE,<br><br>        Plaintiff,<br><br>  vs.<br><br>NV ENERGY, as Plan Administrator for NV Energy Long-Term Disability Plan; AETNA LIFE INSURANCE COMPANY, as Claims Administrator for NV Energy Long-Term Disability Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>        Defendants. | CASE NO. 2:16-cv-00098-GMN-GWF<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE**<br><br>**(SECOND REQUEST)** |

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiff WILLIAM SLADE ("Plaintiff") and Defendants NV ENERGY,

-1-
JOINT STIPULATION TO CONTINUE BRIEFING SCHEDULE

1  INC. and AETNA LIFE INSURANCE COMPANY (collectively, "Aetna")
2  (Plaintiff and Defendant are referred to collectively as "Parties"), through their
3  respective counsel of record, hereby stipulate as follows:

4  WHEREAS the Court's Stipulated Discovery Plan and Scheduling Order,
5  dated March 16, 2016 recites July 1, 2016 as the filing deadline for the Parties'
6  FRCP Rule 52 motions, August 1, 2016 as the filing deadline for opposing
7  memoranda, and August 15, 2016 as the filing deadline for reply memoranda;

8  WHEREAS the Parties are in the process of discussing settlement;

9  WHEREAS, in an effort to avoid wasting judicial resources, the Parties need
10 additional time for continued settlement discussions to determine whether they can
11 come to an amicable resolution before proceeding in litigation.

12 The Parties hereby jointly stipulate and respectfully request a continuance
13 from the Court of all briefing deadlines in this matter as follows: **August 1, 2016**
14 as the filing deadline for the Parties' FRCP Rule 52 motions, **September 1, 2016**
15 as the filing deadline for opposing memoranda, and **September 15, 2016** as the
16 filing deadline for reply memoranda.

17
18 Dated:  June 27, 2016                                   GORDON & REES LLP

By:   */s/ Robert S. Larsen*
Robert S. Larsen
Phil W. Su
Attorneys for Defendants NV ENERGY, INC. and AETNA LIFE INSURANCE COMPANY

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: June 27, 2016           LAW OFFICE OF JULIE A. MERSCH

By:   */s/ Julie A. Mersch*
Julie A. Mersch
Attorney for Plaintiff
WILLIAM SLADE

___

**IT IS SO ORDERED:**

Dated this  28th  day of June, 2016.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1113809/28587178v.1