Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S.7th Street
Las Vegas, NV  89101
(702) 387-5868
jam@merschlaw.com
*Attorney for Plaintiff William Slade*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM SLADE, | CASE NO.:  2:16-cv-00098-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NV ENERGY, INC. as Plan Administrator for NV Energy Long-Term Disability Plan; AETNA LIFE INSURANCE COMPANY, as Claims Administrator for NV Energy Long-Term Disability Plan; DOES I through V; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

COME NOW Plaintiff WILLIAM SLADE and Defendants NV ENERGY, INC. and  AETNA LIFE INSURANCE COMPANY, by and through their respective attorneys, and hereby stipulate to a dismissal of this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs as set forth in the Release between the parties.

DATED:  September 7, 2016          LAW OFFICE OF JULIE A. MERSCH


By:    /s/ Julie A. Mersch
       JULIE A. MERSCH
       Nevada Bar No.: 004695
       701 S. 7th Street
       Las Vegas, NV 89101
       (702) 387-5868
       *Attorney for Plaintiff William Slade*

Stip to Dismiss                                                                                                          1

DATED: September 7, 2016          GORDON & REES

By:   /s/ Phil W. Su
      PHIL W. SU
      psu@gordonrees.com
      ROBERT S. LARSEN
      rlarsen@gordonrees.com
      3770 Howard Hughes Pkwy., Ste. 100
      Las Vegas, NV 89169
      *Attorneys for Defendants*
      *NV ENERGY, INC.; and*
      *AETNA LIFE INSURANCE*
      *COMPANY*

**ORDER**

**IT IS HEREBY ORDERED** that the Complaint is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a) and the parties' Stipulation to Dismiss, (ECF No. 24).

The Clerk of Court is instructed to close the case.

Dated this __8__ day of September, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE